# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BEN MYERS,  )
AFFORDABLE HOME DEV., LLC,  )
                Plaintiffs,  )
                v.  )    Case No. 16 C 5734
CITY OF CHICAGO, DEPT. OF HOUSING,  )
                Defendant.  )

## MEMORANDUM ORDER

Ben Myers ("Myers"), acting pro se (although he identifies himself as a lawyer), filed an unacceptable Complaint against the City of Chicago, Dept. of Housing ("City") on June 1 of this year, and he also failed to comply with LR 5.2(f)'s requirement that he provide a paper copy of his filing to this Court. It therefore learned of the existence of Myers' lawsuit only in early July, when it received its usual month-end printout of all cases pending on its calendar as of the end of June. It promptly ordered Myers to deliver the Judge's Copy of the Complaint (as well as the payment of a fine for noncompliance with LR 5.2(f)), and that delivery led to the swift issuance of an appropriate July 8, 2016 memorandum opinion and order (the "Opinion").

As the Opinion reflected, this Court issued an accompanying initial scheduling order at the same time that it (1) struck the unsatisfactory initial Complaint and (2) "urged [Myers] to consult with (or perhaps to affiliate with) some informed federal practitioner who can assist him in putting together a reasonably acceptable Amended Complaint." But since then silence has descended -- Myers has filed nothing at all, nor did he appear at the scheduled status hearing 9 a.m. this morning, and an effort by this Court's courtroom deputy to reach him by his listed telephone number was totally unproductive.

This Court will give Myers one more chance. It sets 8:45 a.m. September 6, 2016 as the next date for Myers to appear in court and to submit a proposed Amended Complaint, failing which this action will be dismissed for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 26, 2016