IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN MYERS,<br>AFFORDABLE HOME DEV., LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 16 C 5734<br>) |
| CITY OF CHICAGO, DEPT. OF HOUSING, | )<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

After several false starts pro se plaintiff Nathan Ben Myers ("Myers") has tendered a Complaint against the Chicago Housing Authority ("CHA"), coupled with a one-page "Motion for Leave to File a Complaint Instanter." Because the new pleading has dropped Affordable Home Dev., LLC as a co-plaintiff and because Myers had paid the $400 at the very outset, leave to file the current Complaint is unnecessary -- it is instead delivered to the Clerk's Office for filing.[1]

At this point Myers should cause the CHA to be served with process if he has not done so already. This Court had issued its customary initial scheduling order on July 8, 2016, although it was never implemented because Myers had not put his case in a position to move forward until he generated the new pleading dealt with in this memorandum order. Now that he has done so, and in anticipation of his making prompt arrangements to serve CHA with process, this Court

---

[1] This Court of course expresses no view as to the viability or nonviability of the new pleading.

sets a next status hearing date of February 17, 2017 at 9:00 a.m., at which time counsel for both sides will be expected to attend to discuss further proceedings in this case.

                                                           Milton I. Shadur
                                                         Senior United States District Judge

Date: December 29, 2016