**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NATHAN BENJAMIN MYERS**, | ) | |
| a Natural Person, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 5734 |
| | ) | |
| **CHICAGO HOUSING AUTHORITY**, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

Plaintiff Nathan Myers ("Myers") has filed a 12-page pro se[1] "Plaintiff's Response to

Defendant's Rule 12(b)(6) Motion To Dismiss Complaint" filed by the Chicago Housing

Authority. That Response calls for a reply, which is ordered to be filed on or before July 21,

2017.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 30, 2017

_____

[1] Myers is a lawyer.