# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NATHAN BENJAMIN MYERS**, a Natural Person, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 16 C 5734 |
| **CHICAGO HOUSING AUTHORITY**, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

On April 17, 2017 defendant Chicago Housing Authority ("CHA") filed a Fed. R. Civ. P. 12(b)(6) motion (the "Motion," Dkt. No. 26) to dismiss the Amended Complaint filed against it by pro se plaintiff Nathan Myers ("Myers"). That was in turn followed by Myers' Response (Dkt. No. 31) and, just last week, CHA's Reply (Dkt. No. 35).

Regrettably this Court's recent surgery and the ensuing rehabilitative process have compelled this Court's just-announced retirement from the District Court after 37 years of service as a District Judge (the last 25 of which have been spent as a Senior Judge, maintaining a full civil calendar equal to that carried by its "active" judicial colleagues[1]). And this Court's in-person absence from his chambers and from a full recourse to the caselaw and other authorities needed to manage a full caseload has prevented this Court from deciding the Motion based on the litigants' filings to date, or perhaps based on the possible need for a surreply to be filed by Myers.

---

[1] "Active," like "Senior," is a term of art denoting a judge's legal status, rather than "active" being an adjectival description of the judge's pace in handling his or her calendar.

Accordingly that latter determination will have to await the computerized random reassignment of this Court's calendar among its colleagues, scheduled to take place before the end of this month. In the meantime the Motion will have to lie fallow.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 8, 2017